**RIMAC MARTIN, P.C.**
Anna M. Martin – CA Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendant*
*LIFE INSURANCE COMPANY OF NORTH AMERICA*

**SPRINGER-SULLIVAN & ROBERTS, LLP**
Cassie Springer-Sullivan – CA Bar No. 221506
css@ssrlawgroup.com
Michelle L. Roberts – CA Bar No. 239092
mlr@ssrlawgroup.com
410-12th Street, Suite 325
Oakland, CA  94607
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

*Attorneys for Plaintiff*
*MATTHEW GUEST*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND / SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW GUEST, | CASE NO. C12-01088 MEJ |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA TO RESPOND TO PLAINTIFF'S COMPLAINT;** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | **[PROPOSED] ORDER** |

1

STIPULATION AND [PROPOSED] ORDER
Case No. C12-01088 MEJ

IT IS HEREBY STIPULATED that Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA may have an extension to answer or otherwise respond to Plaintiff's complaint, such that Defendant's response is now due on or before April 23, 2012.

Good cause exists because counsel for defendants will be gone the first two weeks of April.  This time is necessary to allow Defendant's time to analyze the relevant documents in this case to prepare a response to the complaint.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System.  In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

**SPRINGER-SULLIVAN & ROBERTS, LLP**

DATED:  April 4, 2012        By:     */S/ Cassie Springer-Sullivan*
                                     CASSIE SPRINGER-SULLIVAN
                                     Attorneys for Plaintiff
                                     MATTHEW GUEST


**RIMAC MARTIN, P.C.**

DATED:  April 4, 2012        By:     */S/ Anna M. Martin*
                                     ANNA M. MARTIN
                                     Attorneys for Defendants
                                     LIFE INSURANCE COMPANY OF NORTH AMERICA

*[Additional signature(s) on the following page]*

2
STIPULATION AND [PROPOSED] ORDER
Case No. C12-01088 MEJ

1     Pursuant to stipulation, it is so ordered.

Dated:   April 12, 2012

                                     Hon. Maria Elena James
                                     United States Magistrate Judge